# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JENNIFER PINKNEY, | Civil No. 09-0869 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| SPHERION ATLANTIC ENTERPRISES, LLC, | |
| Defendant. | |

_____

Lori Peterson and Sheila Dokken, **LORI PETERSON & ASSOCIATES**, 10 South Fifth Street, Suite 700, Minneapolis, MN 55402, for plaintiff.

Andrew Tanick, **FORD & HARRISON LLP,** 225 South Sixth Street, Suite 3150, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on June 22, 2010 [Docket No. 16].

**IT IS HEREBY ORDERED** that all remaining counts and claims in the complaint are hereby **DISMISSED with PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: June 30, 2010
at Minneapolis, Minnesota.
                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                    United States District Judge